UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DEYESSO,<br>　　　　　Plaintiff,<br><br>v.<br><br>KAIZEN MANAGEMENT, LLC,<br>KAIZEN MEDIA HOLDINGS LLC,<br>KAIZEN VIRTUAL TRAINING, LLC,<br>D. KIM HACKETT, AND KEVIN CONNOR<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 08-11538-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Plaintiff William Deyesso in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　WILLIAM DEYESSO,
　　　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　　　   /s/ John B. Harkavy, Esq.
　　　　　　　　　　　　　　　　　　John B. Harkavy, Esq. BBO# 541900
　　　　　　　　　　　　　　　　　　Bernkopf Goodman LLP
　　　　　　　　　　　　　　　　　　125 Summer Street, Suite 1300
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　Telephone:　　(617) 790-3000
　　　　　　　　　　　　　　　　　　Facsimile:　　(617) 790-3300
　　　　　　　　　　　　　　　　　　jharkavy@bg-llp.com

Dated: May 15, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM DEYESSO,                    )<br>    Plaintiff,          )<br>                                              )<br>v.                                          )<br>                                              )  C.A. No. 08-11538-LTS<br>KAIZEN MANAGEMENT, LLC,    )<br>KAIZEN MEDIA HOLDINGS LLC, )<br>KAIZEN VIRTUAL TRAINING, LLC, )<br>D. KIM HACKETT, AND KEVIN CONNOR )<br>    Defendants.       )| |

## CERTIFICATE OF SERVICE

  I, John B. Harkavy, hereby certify that a copy of the Notice of Appearance was served electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent via First Class Mail to any persons indicated as non-registered participants on May 15, 2009.

                Respectfully submitted,
                WILLIAM DEYESSO,
                By his attorney,


                  /s/ John B. Harkavy, Esq.
                John B. Harkavy, Esq. BBO# 541900
                Bernkopf Goodman LLP
                125 Summer Street, Suite 1300
                Boston, Massachusetts 02110
                Telephone:  (617) 790-3000
                Facsimile:  (617) 790-3300
                jharkavy@bg-llp.com

474605 v1/37881/25