UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William Deyesso                                                    CIVIL ACTION
        Plaintiff
                                                  NO. 1:08-11538 LTS
        V.

Kaizen Management, LLC
Kaizen Media Holdings, LLC
Kaizen Virtual Training, LlC
        Defendants

NOTICE OF ENTRY OF DEFAULT

Upon application of the Plaintiff, **William Deyesso** for an order of Default for failure of the Defendant, **Kaizen Management, LLC Et al** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **22** day of **May** .

                                                       SARAH A. THORNTON
                                                     CLERK OF COURT

                                          By:   /s/ Maria Simeone
                                                       Deputy Clerk

Notice e-mailed/mailed to:

John B. Harkavy
Bernkopf Goodman LLP
125 Summer Street
Boston , MA 02110

Joshua E. Friedman
Bernkopf Goodman LLP
Suite 1300
125 Summer Street
Boston , MA 02110

Kaizen Management LLC
Kaizen Media Holdings LLC
Kaizen Virtual Training, LLC
2400 E. Commercial Boulevard, Suite 222
Fort Lauderdale, FL